**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **CHRISTOPHER FOUTZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CAUSE NO. 1:15-cv-1250-WTL-TAB |
| | ) |
| **COAST TO COAST FINANCIAL** | ) |
| **SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

The Court having granted the Plaintiff's motion for default judgment, judgment is hereby entered in favor of the Plaintiff and against Defendant Coast to Coast Financial Solutions, Inc. in the amount of $3,815.00, which includes $100.00 statutory damages and $3,715.00 in attorneys' fees and costs.

SO ORDERED: 1/6/16

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification